

# Fourth Court of Appeals
## San Antonio, Texas

January 31, 2022

No. 04-21-00408-CV

**IN THE INTEREST OF M. L. H., A CHILD**

From the 57th Judicial District Court, Bexar County, Texas
Trial Court No. 2019-PA-02589
Honorable Martha Tanner, Judge Presiding

# O R D E R

Appellee's brief was due on January 18, 2022. On January 21, 2022, appellee filed an unopposed motion requesting an extension of time to file appellee's brief to January 21, 2022 and concurrently filed appellee's brief. Appellee's motion is GRANTED.

It is so **ORDERED** on January 31, 2022.

**PER CURIAM**

ATTESTED TO: _____
MICHAEL A. CRUZ,
CLERK OF COURT